IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

J.C., MOTHER OF J.W. AND
H.S., CHILDREN,

        Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES AND
GUARDIAN AD LITEM,

        Appellees.

_____/

Case No.  5D22-2774
LT Case No. 2016-DP-5

Decision filed June 1, 2023

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

J.C., Mother, Quincy, pro se.

Stephanie C. Zimmerman, Deputy Director
& Statewide Director of Appeals, of Children's
Legal Services, Bradenton, and Rachel Batten,
of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals,
and Amanda Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem Office, Tallahassee,
for Appellee, Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

BOATWRIGHT, KILBANE and MACIVER, JJ., concur.